STATE OF NEW JERSEY v. BENJAMIN NUDGE.

May 10, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MARTIN BOGUS.

May 10, 1988.

Petition for certification denied.   (See 223 *N.J.Super.* 409)

STATE OF NEW JERSEY v. ALLAN BARDOWSKI.

May 10, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DOUGLAS PARSONS.

May 10, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY PACK.

May 10, 1988.

Petition for certification denied.